UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
GODE KONGOLO,

                    Plaintiff,

                                        ORDER
          -against-                     15-CV-4280(JS)(SIL)

FEDEX,

                    Defendant.
----------------------------------X
APPEARANCES:
For Plaintiff:      Gode Kongolo, pro se
                    36 Daly Road
                    East Northport, NY 11731

For Defendant:      No appearance

SEYBERT, District Judge:

          On July 17, 2015, pro se plaintiff Gode Kongolo
("Plaintiff") filed a Complaint pursuant to Title VII of the Civil
Rights Act of 1964 ("Title VII"), as codified, 42 U.S.C. §§ 2000e
to 2000e-17, against FedEx ("Defendant") alleging discrimination
in employment and retaliation. Plaintiff's Complaint is
accompanied by an application to proceed in forma pauperis.

          Upon review of Plaintiff's declaration in support of his
application to proceed in forma pauperis, the Court finds that
Plaintiff's financial status qualifies him to commence this action
without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1).
Accordingly, Plaintiff's application to proceed in forma pauperis
is GRANTED and the Court ORDERS service of the Complaint by the
United States Marshal Service ("USMS") without prepayment of the
filing fee. The Clerk of the Court shall forward the Summons, the

Complaint, and this Order to the USMS and the USMS shall serve Defendant.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of the Court is further directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: September __22__, 2015
       Central Islip, New York